UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-7954-DMG (FFMx) | Date | January 14, 2016 |
| Title | *Jovani Banuelos v. A.C.C. Company, et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On December 10, 2015, the Court set a Scheduling Conference. [Doc. # 15.] As required by the Court's December 10, 2015 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report. To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **January 22, 2016**, why sanctions should not be imposed for their failure to participate in a Rule 26(f) conference and for failure to file a Joint Rule 26(f) Report.

The Scheduling Conference set for hearing on January 22, 2016 is hereby VACATED.