UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7954 DMG (FFMx) | Date | May 25, 2016 |
|---|---|---|---|
| Title | *JOVANI BANUELOS v. A.C.C. COMPANY, et al.* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of plaintiff's notice of motion and motion to compel defendants to provide discovery responses, filed May 24, 2016. (Docket No. 28). Plaintiff asserts that defendants have failed to provide responses to interrogatories and requests for production of documents. Plaintiff further asserts that counsel for defendants has refused to meet and confer with counsel for plaintiff despite being requested to do so.

In light of the foregoing, defendants, and each of them, are ORDERED TO SHOW CAUSE, in writing on or before June 1, 2016, why their answer should not be stricken and their default entered for failure to comply with their discovery obligations.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | JM |