JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANI BANUELOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A.C.C. COMPANY, a California General Partnership; BURTON WAY HOTELS LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: CV 15-7954-DMG (FFMx)<br><br>**ORDER [33]** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: August 11, 2016     _____
　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE